# In the United States Court of Federal Claims

**No. 26-358 C**
**Filed: October 26, 2026**

| | | |
|---|---|---|
| ************************************ | | |
| **SARONIC TECHNOLOGIES, INC.,** * | | |
| **Plaintiff,** * | | **JUDGMENT** |
| * | | |
| **v.** * | | |
| * | | |
| **THE UNITED STATES,** * | | |
| **Defendant.** * | | |
| ************************************ | | |

Pursuant to the court's Memorandum Opinion, filed October 23, 2026, denying defendant's motion to dismiss, denying plaintiff's motion for judgment on the administrative record and granting defendant's cross-motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant.

Lisa L. Reyes
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, *see* RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.